

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| TIMOTHY FONSECA | § | No. 08-19-00227-CR |
| Appellant, | § | Appeal from the |
| v. | § | 243rd District Court |
| | § | of El Paso County, Texas |
| THE STATE OF TEXAS, | § | (TC# 20180D02567) |
| State. | § | |
| | § | |

## ORDER

The Court has received a supplemental clerk's record containing the trial court's certification of the defendant's right to appeal. The certification form contains two options that have both been check marked. The first check marked option states that the case "is not a plea-bargain case, and the defendant has the right of appeal." The second check marked option states that the case "is a plea-bargain case, and the defendant has NO right of appeal." (emphasis in original)

It appears the trial court may have inadvertently check marked two separate contradictory boxes on the certification form. Even though the mark may have been an inadvertent one, the certificate is defective because it is ambiguous. Accordingly, the trial court is ordered to execute a new certification reflecting Appellant's right to appeal. It is not necessary for Appellant to sign the new certification. The trial court clerk shall prepare a supplemental clerk's record containing the certification and file it with this Court no later than 14 days from the date of this order.

IT IS SO ORDERED this 30th day of October, 2019.


PER CURIAM


Before Alley, C.J., Rodriguez and Palafox, JJ.